UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. JACKSON A/K/A MATT G. JACKSON, SYMMETRIC SYSTEMS, LLC, DOES I through X,<br><br>Defendants. | CV: 2:14-cv-01938-APG-PAL<br><br><br>**DEFAULT JUDGMENT** |

Plaintiff has filed a Motion for Default Judgment against Matthew G. Jackson a/k/a Matt G. Jackson ("Jackson") and Symmetric Systems, LLC ("Symmetric"). (Dkt. #10.) Default has been entered against both Jackson and Symmetric. I have reviewed the documents on file in this case and good cause exists to enter Default Judgment. Therefore,

IT IS HEREBY ORDERED, that Plaintiff's Motion for Default Judgment against Jackson and Symmetric **(Dkt. #10) is GRANTED.**

**IT IS FURTHER ORDERED** that judgment is hereby entered against Jackson and Symmetric, jointly and severally, in favor of the Plaintiff in the amount of **$555,576.19**.

Dated this 18th day of September, 2015.

_____
UNITED STATES DISTRICT JUDGE