# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>    Plaintiff,<br><br>v.<br><br>MATTHEW JACKSON and SYMMETRIC SYSTEMS LLC,<br><br>    Defendants. | Case No. 2:14-CV-01938-APG-PAL<br><br>**ORDER GRANTING MOTION FOR CHARGING ORDER AND SUPPLEMENTAL MOTION FOR CHARGING ORDER**<br><br>(ECF Nos. 21, 24) |

Plaintiff GenX Processors Mauritius Limited previously obtained a default judgment against defendants Matthew Jackson and Symmetric Systems, LLC. ECF No. 11. GenX seeks a charging order against defendant Jackson's interests in several corporations and limited liability companies where he is identified in public records as an officer or manager. Having read and considered GenX's motion, and no opposition having been filed,

IT IS ORDERED that plaintiff GenX Processors Mauritius Limited's motion **(ECF No. 21) is GRANTED**.

IT IS FURTHER ORDERED that Matthew G. Jackson a/k/a Matt G. Jackson's stock or membership interests, if any, in each of the following companies is CHARGED pursuant to Nevada Revised Statutes § 78.746 and § 86.401 to satisfy the judgment entered in this case against him and in favor of GenX Processors Mauritius Limited:

 SYMMETRIC SYSTEMS, INC.

 ECOMMERCE MARKETING, INC.

 VINUM, INC.

 SYMMETRIC SYSTEMS, LLC

 T-3 MEDIA, LLC

1  WILD WEST MEDIA, LLC

2  PACIFIC COASTAL LLC

3  CONSUMERCOUPONS.COM, INC.

4  IT IS FURTHER ORDERED that the above-identified companies shall distribute to The Dean Legal Group c/o its client trust account (as agent of GenX Processors Mauritius Limited) all dividends, distributions, profits, cash, assets, and other monies that are due or that shall become due directly and indirectly to Matthew G. Jackson a/k/a Matt G. Jackson, or payable to his nominee on his behalf, until the judgment in this action has been fully satisfied or until otherwise ordered by this Court.

IT IS FURTHER ORDERED that the companies subject to this charging order shall refrain from distributing to any other person or entity any membership distributions, profits, cash, assets, loans, or other monies due that shall become due to Matthew G. Jackson a/k/a Matt G. Jackson, including any payments to third party creditors of Jackson.

IT IS FURTHER ORDERED that GenX Processors Mauritius Limited is hereby vested with the financial rights of an assignee of Jackson's stock or membership interests in the above-identified companies; however, this charging order shall not provide GenX with any management rights of the above-identified companies.

IT IS FURTHER ORDERED that plaintiff GenX Processors Mauritius Limited's supplemental motion for a charging order **(ECF No. 24) is GRANTED**.

DATED this 22nd day of April, 2016.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE