AARON R. DEAN, ESQ.
Nevada Bar No. 9541
THE DEAN LEGAL GROUP, LTD.
721 S. 6th Street
Las Vegas, Nevada 89101
Tele: (702) 823-1354
Fax: (702) 823-2368
Email: *adean@deanlegalgroup.com*
Attorney for *GenX Processors Mauritius Limited*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. JACKSON A/K/A MATT G. JACKSON, SYMMETRIC SYSTEMS, LLC, SYMMETRIC SYSTEMS, INC. F/K/A SYMMETRIC SYSTEMS, LLC, DOES I through X,<br><br>Defendants. | Case No. 2:14-cv-01938-APG-PAL<br><br>**ORDER GRANTING DEFAULT JUDGMENT**<br><br>(ECF No. 34) |

Defendant Symmetric Systems, Inc. has failed to plead in or otherwise defend against this action, and its default has been entered by the Clerk of the Court. ECF No. 22. Plaintiff GenX Processors Mauritius Limited has moved for default judgment. ECF No. 34. The motion demonstrates good cause to grant it, and the factors set forth in *Eitel v. McCool*, 782 F.2d 1470, 1471 (9th Cir. 1986) favor entry of default judgment. Therefore, I enter this default judgment in GenX's favor and against Symmetric.

IT IS HEREBY ORDERED that the plaintiff's Motion for Default Judgment **(ECF No. 34) is GRANTED.** Judgment is entered in favor of plaintiff GenX Processors Mauritius Limited and against defendant Symmetric Systems, Inc. in the amount of **$555,576.19**.

Dated this 12th day of April, 2017.

_____
UNITED STATES DISTRICT COURT JUDGE