UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>　　　　　　　　Plaintiff,<br>　v.<br>MATTHEW G. JACKSON a/k/a MATT G. JACKSON, et al.,<br><br>　　　　　　　　Defendants. | Case No. 2:14-cv-01938-APG-PAL<br><br>**ORDER**<br><br>(Mot. Judg. Debtor Exam – ECF No. 42) |

This matter is before the court on Plaintiff Genx Processors Mauritius Limited's Motion to Proceed in Aid of Execution Requiring Judgment Debtor's Appearance Before the Court Pursuant to NRS 21.280 (ECF No. 42). This Motion is referred to the undersigned pursuant to 28 U.S.C. § 636(b)(3) and LR IB 1-7(k) of the Local Rules of Practice.

The Application asserts that a judgment debtor examination of Matthew G. Jackson a/k/a Matt G. Jackson ("Jackson") is necessary to enable Plaintiff, the judgment creditor, to discover the assets, real and personal property, and any facts relating thereto, which may assist in obtaining satisfaction of the judgment. Mot. (ECF No. 42). The judgment debtors are Jackson, Symmetric, LLC, and Symmetric, Inc. *See* Orders (ECF Nos. 11, 35). Mr. Jackson is believed to be an owner of the two Symmetric entities.

Rule 69 of the Federal Rules of Civil Procedure provides that a "money judgment is enforced by a writ of execution." Fed. R. Civ. P. 69(a)(1). In aid of the judgment or execution, a judgment creditor may obtain discovery from any person, including the judgment debtor. Fed. R. Civ. P. 69(a)(2). In "proceedings supplementary to and in aid of judgment or execution," the procedure "must accord with the procedure of the state where the court is located." Fed. R. Civ. P. 69(a)(1). Nevada law provides that a judgment creditor is entitled to a court order "requiring

the judgment debtor to appear and answer upon oath or affirmation concerning his or her property." NRS 21.270(1). However, "[n]o judgment debtor may be required to appear outside the county in which the judgment debtor resides." NRS 21.270(1).

Here, the Motion states that Jackson's current location is unknown due to his evasive tactics. However, "as a principal and owner of the remaining judgment by requiring him to appear on behalf of the judgment debtors, he will receive notice of his required appearance through service upon his entities by way of their registered agents in Nevada." *Id*. at 7 n.1. The location of service is not relevant to the inquiry under NRS 21.270(1). As there is no indication that Mr. Jackson resides in Clark County, Nevada, the county in which the courthouse is located, the Motion is denied without prejudice. Any subsequent motion should include a proposed order.

Accordingly,

**IT IS ORDERED:** Plaintiff Genx Processors Mauritius Limited's Motion to Proceed in Aid of Execution Requiring Judgment Debtor's Appearance Before the Court Pursuant to NRS 21.280 (ECF No. 42) is DENIED without prejudice.

Dated this 25th day of September, 2017.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE