# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>Plaintiff,<br><br>Vs.<br><br>MATTHEW G. JACKSON a/k/a MATT G. JACKSON, SYMMETRIC SYSTEMS, LLC; SYMMETRIC SYSTEMS, INC. f/k/a SYMMETRIC SYSTEMS, LLC; and DOES I through X;<br><br>Defendants. | Case No: 2:14-cv-01938-APG-PAL<br><br>**ORDER GRANTING MOTION FOR INTEREST**<br><br>(ECF No. 37) |

The plaintiff moves for interest and costs. ECF No. 37. Costs have already been taxed by the court, so there is no need for me to address that request. Default Judgment was previously entered against defendants Matthew G. Jackson a/k/a/ Matt G. Jackson, Symmetric Systems, LLC, and Symmetric Systems, Inc., f/k/a Symmetric Systems, LLC. ECF No. 35. No opposition has been filed to the motion for interest, and the motion is supported by good cause.

IT IS THEREFORE ORDERED that the plaintiff's motion for interest **(ECF No. 37) is GRANTED.** The plaintiff is awarded pre-judgment interest in the amount of $72,250.36.

IT IS FURTHER ORDERED that the plaintiff is awarded post-judgment interest from April 12. 2017 until paid in full.

IT IS FURTHER ORDERED that the clerk of court shall enter an amended judgment to include the original judgment amount of $555,576.19 (ECF No. 35), plus prejudgment interest awarded herein of $72,250.36, plus costs previously taxed in the amount of $846.78 (ECF No. 38).

Dated this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE