# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. JACKSON a/k/a MATT G. JACKSON, et al.,<br><br>Defendants. | Case No. 2:14-cv-01938-APG-PAL<br><br>**ORDER**<br><br>(Emrg. Mot. Cont. Hr'g – ECF No. 75) |

Before the court is the Emergency Motion to Continue Hearing on Motion for Order to Show Cause (ECF No. 75) by nonparties Vinum, Inc., Caymus Limited Partnership, Ecommerce Marketing, Inc., T-3 Media, LLC, Wild West Media, LLC, Pacific Coastal, LLC, and Consumercoupons.com, Inc., and their authorized representative, Matthew G. Jackson.

Having reviewed and considered the matter, and good cause appearing,

**IT IS ORDERED:**

1. The Emergency Motion to Continue Hearing (ECF No. 75) is **GRANTED**.
2. The hearing currently set for January 8, 2019, at 10:30 AM, is **VACATED** and **RESET** for **February 5, 2019, at 10:30 AM** in LV Courtroom 3B before Magistrate Judge Peggy A. Leen.
3. **Matthew G. Jackson shall appear at the hearing in person. Failure to appear as ordered may result in an order directing the U.S. Marshal's Service to arrest Jackson for his failure to appear and his failure to comply with the court's order**.

Dated this 4th day of January, 2019.

_____
PEGGY A. LEEN
UNITED STATES MAGISTRATE JUDGE