LARSON A. WELSH, ESQ.
Nevada Bar No. 12517
LAW OFFICE OF HAYES & WELSH
199 North Arroyo Grande Blvd., Suite 200
Henderson, Nevada 89074
Phone: 702-434-3444
Fax: 702-434-3739
Email: Lwelsh@lvlaw.com
*Attorneys for Nonparties Vinum, Inc.,
Caymus Limited Partnership, Ecommerce
Marketing, Inc., T-3 Media, LLC, Wild West
Media, LLC, Pacific Coastal, LLC, and
Consumercoupons.com, Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GENX PROCESSORS MAURITIUS LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>MATTHEW G. JACKSON a/k/a MATT G. JACKSON; SYMMETRIC SYSTEMS, LLC; SYMMETRIC SYSTEMS, INC. f/k/a SYMMETRIC SYSTEMS, LLC; and DOES I through X,<br><br>Defendants. | Case No. 2:14-cv-01938-APG-PAL<br><br>**STIPULATION AND ORDER TO EXTEND SHOW CAUSE HEARING**<br>**(First Joint Request to Extend Show Cause Hearing)[1]** |

Nonparties Vinum, Inc., Caymus Limited Partnership, Ecommerce Marketing, Inc., T-3 Media, LLC, Wild West Media, LLC, Pacific Coastal, LLC, and Consumercoupons.com, Inc. (collectively referred to as "Nonparties"), by and through their attorney, the Law Office of Hayes & Welsh, and Plaintiff, GenX Processors Mauritius Limited ("Plaintiff" and collectively with Nonparties, the "Parties"), by and through its attorney of record, The Dean Legal Group, Ltd., hereby submit this Stipulation and Order to Extend Show Cause Hearing. The Show Cause Hearing is presently scheduled to occur on February 5, 2019 at 10:30 a.m. ECF No. 76.

…

---

[1] For purposes of clarity, Nonparties previously requested to continue the Show Cause Hearing on an Emergency Basis. ECF No. 75. Nonparties' Emergency Motion (ECF No. 75) was granted and the Show Cause Hearing was moved from January 8, 2019 to the presently scheduled date of February 5, 2019. *See* ECF No. 76.

This Stipulation and Order is submitted in compliance with LR IA 6-1, LR IA 6-2 and LR 26-4. As the present request to extend a deadline is made within 21 days before the Show Cause Hearing, the Parties submit that the following constitutes a showing of good cause. *See* LR 26-4.

On December 18, 2018, the Court set a Hearing on Plaintiff's Motion for Order to Show Cause (ECF No. 65). The Hearing was set for January 8, 2019 at 10:30 a.m. and required the personal appearance of Nonparties' representative Matthew G. Jackson. ECF No. 74.

On January 2, 2019, Nonparties filed an Emergency Motion to Continue the Show Cause Hearing based on personal circumstances of Nonparties' representative Matthew G. Jackson. (ECF No. 75). In their Emergency Motion to Continue, the Nonparties also stated the following:

> Further, granting a continuance until February 5, 2019, would allow an opportunity for Nonparties to accept one of Plaintiff's offer and provide Nonparties an opportunity to perform on the first of two settlement payments to Plaintiff. A step, which if achieved, would bring this matter one final payment away from a full and complete resolution.

*See e.g., id*. at p. 8, lln. 8-11.

As contemplated in the Emergency Motion to Continue, the Parties subsequently entered into a Mutual Release and Settlement Agreement ("Settlement Agreement"). The terms of the Settlement Agreement are confidential, but the Parties submit that Nonparties have performed on the first of two settlement payments to Plaintiff. Accordingly, the Parties respectfully request this Court continue the Show Cause Hearing currently scheduled for February 5, 2019 (ECF No. 76) until a date after March 8, 2019. If Nonparties perform on the second and final payment to Plaintiff, a satisfaction of judgment will be filed, ending this controversy in its entirety, including the need to hold a show cause hearing. If Nonparties fail to perform on the second and final payment to Plaintiff, Nonparties will have presumably breached the confidential settlement agreement and the post-March 8, 2019 Show Cause Hearing will move forward.

The Parties submit this stipulation and order diminishes the likelihood for further judicial intervention in this matter. Further this stipulation and order minimizes the use of judicial resources, as well as the resources of the Parties.

…

| | |
|---|---|
| Dated this 31st day of January 2019 | Dated this 31st day of January 2019 |
| THE LAW OFFICE OF HAYES & WELSH | THE DEAN LEGAL GROUP, LTD. |
| By: /s/ Larson A. Welsh<br>LARSON A. WELSH, ESQ.<br>Nevada Bar No. 12517<br>199 North Arroyo Grande Blvd., Suite 200<br>Henderson, Nevada 89074<br>Tel: (702) 434-3444<br>Fax: (702) 434-3739<br>*Attorneys for Nonparties Vinum, Inc., Caymus Limited Partnership, Ecommerce Marketing, Inc., T-3 Media, LLC, Wild West Media, LLC, Pacific Coastal, LLC, And Consumercoupons.com, Inc.* | By: /s/ Aaron R. Dean<br>AARON R. DEAN, ESQ.<br>Nevada Bar No. 9541<br>721 S. 6TH Street<br>Las Vegas, Nevada 89101<br>Tel: (702) 823-1354<br>Fax: (702) 823-2368<br>*Attorneys for Plaintiff* |

**IT IS SO ORDERED** that the Order to Show Cause Hearing currently set for February 5, 2019, is **VACATED** and **CONTINUED** to March 12, 2019 at 11:30 a.m. in Courtroom 3B.

UNITED STATES MAGISTRATE JUDGE

DATED: February 1, 2019